UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARJAN S. BIRAK, | No.  1:25-cv-01532-KES-BAM (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION, WITHOUT PREJUDICE, FOR FAILURE TO OBEY COURT ORDER AND FAILURE TO PROSECUTE |
| v. | |
| HIXON, et al., | |
| Defendants. | (Doc. 9) |

Plaintiff Arjan S. Birak is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  This action was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 12, 2025, the assigned magistrate judge issued an order requiring plaintiff to submit an application to proceed in forma pauperis or pay the filing fee within thirty days. Doc. 7.  Plaintiff did not file an application to proceed in forma pauperis or pay the filing fee.  On December 30, 2025, the assigned magistrate judge issued findings and recommendations recommending dismissal of this action, without prejudice, for plaintiff's failure to obey a court order and failure to prosecute this action.  Doc. 9.  Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen days after service.  *Id.* at 3–4.  No objections were filed, and the deadline to do so has passed.

1

In accordance with 28 U.S.C. § 636 (b)(1), this Court has conducted a de novo review of the case. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on December 30, 2025, Doc. 9, are adopted in full;

2. This action is dismissed, without prejudice, due to plaintiff's failure to obey a court order and failure to prosecute; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    January 27, 2026

_____
UNITED STATES DISTRICT JUDGE

2